UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Misc. No. 1:07-mc-00387-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FARZAD DARUI'S BRIEF REGARDING
MOTION TO QUASH SUBPOENA TO ABDULLAH KHOUJ**

Farzad Darui, by counsel, responds to the motion to quash of Abdullah M. Khouj as follows.

Prior to the filing of Khouj's motion to quash, Khouj's counsel advised Darui's counsel that he regarded service of the subpoena as untimely. It could not be served by the return date of September 12, 2007, because Darui's process server was told by a woman at the Islamic Center that Khouj was out of the country until September 17, 2007.

Rather than litigate the issue of the timeliness of service, Darui's counsel agreed not to insist on compliance with the old subpoena and to request the issuance of another subpoena to Khouj. Khouj's counsel agreed to accept service of the new subpoena. By order entered October 3, 2007, this Court authorized additional early return subpoenas and counsel served the new subpoena on Monday, October 15. For these reasons, Darui does not understand why this motion to quash was filed. In any case, based on these facts, the motion is moot.

Additionally, based on Khouj's complaints about the scope of the documents sought, Darui's counsel has made a good faith effort to narrow those requests. However, Darui cannot and will not withdraw requests that are central to his defense that Khouj perjured himself regarding the reasons for the payments at issue and regarding Khouj's knowledge and approval of those payments.

CONCLUSION

For the reasons stated, the Court should deny the motion as moot.

FARZAD DARUI
By Counsel


_____/S/_____
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant


_____/S/_____
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard M. Cooper, Esq.
Robert P. Watkins, Esq.
Ana C. Reyes, Esq.
Williams & Connolly
725 Twelfth Street N.W.
Washington, D.C.  20005-5901
202-434-5000
202-434-5029 (fax)
Counsel for Abdullah M. Khouj

Ronald Sharpe, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530



        /S/
Aaron S. Book