UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | Misc. Nos.<br>07-mc-387 (RCL) |

## ORDER

Currently before the Court are motions to quash submitted by The Islamic Center and Abdullah Khouj. Upon consideration of the papers filed in connection with these motions to quash, the oral arguments heard by the Court on these motions, and for the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the motion of the Islamic Center to quash is GRANTED; it is further

ORDERED that the motion of Abdullah Khouj to quash is DENIED as to the documents responsive to requests 1, 11, 13, and 14, and GRANTED in all other respects.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 18, 2007.