UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Misc. No. 07-MC-00387 (RCL) |
| | : | |
| v. | : | |
| | : | |
| FARZAD DARUI | : | |
| | : | |
| Defendant. | : | |
| | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorneys Ronald W. Sharpe, D.C. Bar Number 434575, telephone number (202) 353-9460 and Tejpal S. Chawla, D.C. Bar Number 464012, telephone number (202) 353-2442. This is the notice of appearance for Assistant United State Attorneys Sharpe and Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Ronald W. Sharpe, D.C. Bar No. 434575
Tejpal S. Chawla, D.C. Bar No. 464012
ASSISTANT UNITED STATES ATTORNEYS
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, DC 20530
(202) 353-9460 (Sharpe)
(202) 353-2442 (Chawla)