UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH M. KHOUJ, | ) |
| Petitioner, | ) |
| v. | ) Misc. No. 07-387 (RCL) |
| FARZAD DARUI, | ) |
| Respondent. | ) |

## ORDER

Upon consideration of Dr. Abdullah M. Khouj's Motion [10] to Quash the Rule 17(c) Subpoenas Served by Defendant Farzad Darui as amended, the opposition and reply thereto, the applicable law, the record herein, and for reasons stated in an accompanying memorandum opinion, it is hereby

ORDERED that the motion [10] as amended be, and is hereby, DENIED; and it is further

ORDERED that respondent shall notify the Court and the petitioner before issuing any additional Rule 17(c) subpoenas seeking materials related to petitioner.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 15, 2008.